AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Arkansas
### Fort Smith Division

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 10 2009

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:09 M 2043 |
| | ) | |
| DENNY EUGENE GOINES | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the Complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 4, 2009, in the county of Crawford, in the Western District of Arkansas, the defendant violated **18 U.S.C. § 2422(b)**, an offense described as follows:

**Use of a facility and means of interstate commerce; namely, the internet, to knowingly persuade, induce, entice and coerce any individual who has not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense; namely, Arkansas Code Annotated 5-14-127, Sexual Assault in the Fourth Degree, and attempted to do so.**

This criminal complaint is based on these facts:

■ Continued on the attached sheet.

_____
*Complainant's Signature*

SA Jimmie Caudle, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-10-09

_____
*Judge's signature*

City and State: Fort Smith, Arkansas

James R. Marschewski, U. S. Magistrate Judge
*Printed name and title*

## CALENDAR

UNITED STATES DISTRICT COURT, FORT SMITH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 2:09 m 2043 |
| ) | 1 Count |
| v. ) | |
| ) | 18 U.S.C. § 2422(b) |
| DENNY EUGENE GOINES ) | |

### PENALTY:

COUNT ONE
18 U.S.C. § 2422(b) -- Use of a facility and means of interstate commerce; namely, the internet, to knowingly persuade, induce, entice and coerce any individual who has not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense; namely, Arkansas Code Annotated 5-14-127, Sexual Assault in the Fourth Degree, and attempted to do so.

Not less than 10 years imprisonment or life, not more than $250,000 fine, or both.

The term of **supervised release is not more than 5 years, or life.** After defendant's release from confinement, if he violates the terms of his supervised release, an additional term of confinement can be imposed on him.

COST OF PROSECUTION:
28 U.S.C. § 1918(b)

SPECIAL ASSESSMENT:
18 U.S.C. § 3013 - $100.00 - felony

## AFFIDAVIT

Your affiant, Jimmie D. Caudle Jr., is a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Fort Smith Resident Agency. I have been a Special Agent for approximately 19 years. In that capacity, I have investigated numerous violations of Title 18 of the United States Code, including Title 18, United States Code Section 2422(b).

Your affiant has learned the following from Detective Donald Eversole, Van Buren Police Department:

1. On November 4, 2009, at approximately 6:25 p.m., Detective Eversole, acting in an undercover capacity online, was posing as a 15 year old female using the Yahoo screenname, "pageant_gurl433". Detective Eversole maintains a Yahoo profile for pageant_gurl433 wherein a picture of a girl shows her wearing sunglasses. The girl is named and states that she is 14 years of age. Detective Eversole advised your affiant that as he has used the profile for approximately a year, he now tells individuals online that "she" is now 15 years of age.

2. As a result of a series of instant messages (IMs) traded between "speedsterte" and pageant_gurl433 wherein speedsterte indicated his desire to meet with pageant_gurl433 for the purposes of engaging in a sexual encounter, Denny Eugene Goines of Greenwood, Arkansas, was arrested on November 4, 2009, by the Van Buren Police Department after arriving at a pre-arranged site in Van Buren where Goines planned on meeting pageant_gurl433.

3. According to the chat log provided to SA Caudle, on November 4, 2009, at 6:25:24 p.m., "speedsterte" sent an IM to pageant_gurl433. The instant message stated "cute sunglasses". This statement indicates to your affiant that, prior to instant messaging the Undercover Officer, Goines had already viewed the profile of the girl wherein her age is listed as 14. Early in the IMs exchanged between speedsterte and pageant_gurl433, pageant_gurl433 sent an IM stating that she was 15 (years of age) and from Van Buren. speedsterte sent an IM back that she was way too young. During the course of the chat, speedsterte learned that the girl attended junior high school and that the girl's mother was working until midnight.

4. During the course of the chat, Goines asked the undercover (UC) how "she" was able to chat on Yahoo since she was not 18 years of age. The UC implied that "she" had lied about her age. Goines asked if she had met anyone online yet and was she looking. Goines stated that he had to watch out for ages younger than 22, because there were undercover agents that

disguise themselves. He advised that he had been arrested for meeting a 15 year old earlier and was charged for trying to entice a minor for sex. He advised that he went to prison and is still on probation. Your affiant is familiar with the incident Goines referenced.

5. Denny Goines did come to the attention of the FBI on May 28, 2003 after the 18 year old sister of a 15 year old minor advised that Goines was intending on having sex with her sister that day. The 15 year old had advised her sister the day before that she had been chatting online with Goines and was going to have sex with him the next day. The sister saw on the computer screen during her 15 year old sister's chat with Goines where Goines asked her if she was good at sex. She saw on the screen where they had made plans for Goines to pick the 15 year old up from Ramsey Junior High and take her to Goines' house to have sex. The FBI arranged for the meeting to not take place and followed Goines from the meet site to his home in Greenwood, Arkansas. Additionally, an FBI undercover agent placed Goines' Yahoo screenname on his buddy list while posing as a 13 year old girl from Little Rock, Arkansas.

6. Upon arriving home on May 28, 2003, Goines initiated contact with the FBI undercover. During the chat with the FBI undercover agent, Goines asked if "she" had ever had sex before, masturbated, and if "she" was interested in older men. He advised "her" that he had an interest in underage girls and that he had already had sex with a 15 year old female with the same name as the 15 year old whose meeting the FBI had forestalled that day. He advised the FBI undercover that he would like to meet her to have sex however Little Rock was too far for him to travel. In this particular chat, Goines stated "hav u ever been with a older guy?" He asked if it would bother the girl if he saw her nude. He asked "r u a virgin?" "do u ever masterbate urself?' "hav u ever wanted sex?" "since ur a virgin, i would hav to take it easy on u", "i wouldnt want u too if u didnt want to", and "but i would like to touch u".

7. The FBI obtained a search warrant for Goines' residence and executed the warrant on May 29, 2003. Goines was interviewed by your affiant that day. Goines advised that he had planned to pick the 15 year old girl up the previous day, take her to his home, and have sex with her. Your affiant read the chat to Goines that he had with the FBI undercover agent. Your affiant asked Goines if the 13 year old girl had lived closer, like Fort Smith or Greenwood, would he have met her to have sex. Goines advised that he would have met her for sex if she were closer but added that he thought that the Lord would have talked to him and he would not have had sex with her.

8. Printouts of child pornography from the internet were recovered during the search of Goines' residence. He pleaded guilty to one count Title 18, Section 2252A. He was sentenced to one year and three months incarceration and three years probation.

9. Goines served his sentence and was on Supervised Release in the Western District of Arkansas assigned to United States Probation Officer (USPO) Heath Hall. A condition of Goines' release stipulated that he was allowed no access to the internet during his probation period.

10. In September, 2006, Detective James Flynn, Greenwood Police Department (GPD) learned that Goines was bragging to co-workers at RHEEM in Fort Smith that he was using his cellular telephone to access the internet to contact his 13 year old girlfriend in Ohio. Co-workers were aware that Goines was a registered sex offender.

11. Detective Flynn's investigation did not uncover Goines having contact with minors, however, he did verify that Goines was accessing the internet through his cellular telephone and meeting women in the Fort Smith area after chatting with them online. USPO Hall was notified and on May 17, 2007, Goines was arrested for violating the conditions of his probation. Goines was sentenced to additional incarceration as a result of his probation violation.

12. On November 4, 2009, during the ongoing chat with Goines, the Van Buren UC, in response to Goines' statement that he went to prison and is still on probation, stated that "she" guessed that he was not looking to meet anyone else then. Goines stated that her age was tempting. He said that he was not supposed to be around anyone under 18, it's the law. He then asked "how willing r u?" and "wud u b interested messing around?"

13. Goines then asked where they could meet. The UC tried to put off a meeting until the following evening, however Goines was persistent about meeting later the same evening. He stated that he was "being cautious about this". He added "if u read the paper ull see guys getting caught all the time........u will get off but i will go back to prison". The UC replied that she did not want to get him into any trouble, if he wanted to "hook up" that was cool, but if he didn't, she understood. Goines replied "hav u ever been with an adult b4?" He asked if she wanted to take a shower with him tonight. He then asked if she was totally shaved and if she still had bikini hair. He asked about her (breast) cup size. Goines then began to arrange for a meeting site. The area first provided by the UC was too close to the Van

Buren Police Department for Goines. He stated "well ur probably close to the police station", and "too close........lol". He started suggesting alternate sites in Van Buren to meet.

14. Goines stated "u notice that i dnt talk sexual to you". "i cud but it wudnt b right". He then asked "so do u cyber?". He then asked what she was wearing and when did she lose her virginity. The UC replied when she was 13. In reply to Goines' question regarding how old the male was, the UC stated 15. Goines stated "so i hope i can do it too". The UC stated that he could not have her virginity as she had already given that away. Goines stated, "naw u kno wat i mean...." Goines then added "my problem is i dnt want to use protection, i like it 4 real". The UC advised that she did not want to get pregnant so he would have to use protection. Goines advised that "i may just mess around with you", and added that tonight would be better. After finalizing the meeting site, Goines and the UC ended their chat session at 8:37:02 p.m.

15. Goines had advised that he would be driving a red Toyota car with pop up headlights. By 9:30 p.m., November 4, 2009, Goines had been arrested at the meeting location in Van Buren in a red Toyota Celica with pop up headlights by members of the Van Buren Police Department.

16. During the course of Detective Eversole's investigation of Goines' internet activity, he learned that Goines had been chatting with Detective Eversol from a loft he had built in a shed in his back yard at 75 Easley Loop, Greenwood, Arkansas. Goines did not have his own internet access and was pirating off of an as yet unidentified neighbor's open access wireless internet connection using his Asus laptop computer with a wireless connection. The internet is a means and facility of interstate commerce that Goines used to communicate with Detective Eversole. Using Yahoo, Goines and Detective Eversole were connecting through Yahoo's servers located in Sunnyvale, California.

17. On November 9, 2009, your affiant contacted (USPO) Susan Lee, U.S. Federal Probation Office, Fort Smith, Arkansas, regarding Goines current probation status. USPO Lee verified that Goines is currently on Supervised Release with the Federal Probation Office, Fort Smith.

18. Denny Goines, now age 44, having sexual contact with a female age 15 or under is a violation of Arkansas Code Annotated 5-14-127, Sexual Assault in the Fourth Degree, which makes it a crime for a person over the age of 20 years to engage in sexual intercourse, deviate sexual activity or engage in sexual contact with a person not their spouse under the age of 16 years.

19. Based on the foregoing, your affiant has reason to believe that Denny Eugene Goines has violated Title 18, United States Code, Section 2422(b), by using a facility and means of interstate commerce, namely, the internet, to knowingly persuade, induce, entice and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which a person can be charged, specifically, Arkansas Code Annotated 5-14-127, Sexual Assault in the Fourth Degree, and attempted to do so.

Jimmie D. Caudle Jr.
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on this __10__ day of November, 2009.

James R. Marschewski
United States Magistrate Judge
Western District of Arkansas