```
            UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                               PLAINTIFF

    v.            CASE NO. 2:09-CR-20068-001

DENNY EUGENE GOINES                                    DEFENDANT

## ORDER

On December 29, 2009, Defendant filed a motion requesting a psychological examination to determine the mental competency of the Defendant and whether or not the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. (Doc. 13). The motion further requests that the examination determine whether Defendant was insane at the time of the offense. The Government does not oppose the motion. (Doc. 15).

Pursuant to 18 U.S.C. §§ 4241(a) and 4247(b), the motion is GRANTED, and the Defendant, Denny Eugene Goines, is committed to the custody of the Attorney General or his authorized representative for placement in a suitable federal correctional facility for a period not to exceed thirty days for a psychological examination under 18 U.S.C. §§ 4241 to determine whether the Defendant is able to understand the nature and consequences of the proceedings against him or to assist properly in his defense. While the Defendant is in said

**AO72A**
**(Rev. 8/82)**

correctional facility, Defendant shall also be examined, pursuant to 18 U.S.C. § 4242, to determine whether he was insane at the time of the offense charged, for a period not to exceed an additional forty-five days.

Pursuant to 18 U.S.C. § 4247(c), the facility conducting the examination shall file a copy of the report with this Court, with copies to counsel for the Defendant and the Government. Should Defendant desire a hearing on the issue of his competency to stand trial, he will have ten days from the filing of the report within which to demand one.

The United States District Court Clerk is directed to provide the United States Marshal's Service with a certified copy of this order. The United States Marshal's Service is directed to immediately notify the Court upon receipt of Defendant's facility designation. The Court will then issue an order directing Defendant's transport to this facility.

The jury trial scheduled for February 4, 2010, is CANCELED and will be reset at a later date. The delay in the trial of this action occasioned by the examination is excludable under the provisions of 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED this 30th day of December 2009.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)