```
            UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                                        PLAINTIFF

    v.              CASE NO. 2:09-CR-20068-001

DENNY EUGENE GOINES                                             DEFENDANT

## ORDER

On December 30, 2009, the Court entered an order granting Defendant's motion requesting a psychological examination. The Court has been informed that Defendant is designated to Bureau of Prisons, Federal Medical Center, Fort Worth for examination.

Pursuant to 18 U.S.C. §§ 4241(a) and 4247(b), the Defendant, Denny Eugene Goines, is committed to the custody of the Attorney General or his authorized representative for placement in this facility for a period not to exceed thirty days for a psychological examination under 18 U.S.C. §§ 4241 to determine whether the Defendant is able to understand the nature and consequences of the proceedings against him or to assist properly in his defense. While the Defendant is in said correctional facility, Defendant shall also be examined, pursuant to 18 U.S.C. § 4242, to determine whether he was insane at the time of the offense charged, for a period not to exceed an additional forty-five days.

Pursuant to 18 U.S.C. § 4247(c), the facility conducting the examination shall file a copy of the report with this Court, with copies to counsel for the Defendant and the Government.

**AO72A**
**(Rev. 8/82)**

Should Defendant desire a hearing on the issue of his competency to stand trial, he will have ten days from the filing of the report within which to demand one.

The United States District Court Clerk is directed to provide the United States Marshal's Service with a certified copy of this order.  The United States Marshal's Service is directed to transport the defendant to Bureau of Prisons, Federal Medical Center, Fort Worth, forthwith.[1]

IT IS SO ORDERED this 8th day of January 2010.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

---

[1] Pursuant to 18 U.S.C. § 3161(h)(1)(F), the time consumed by transportation in excess of 10 days (excluding Saturdays, Sundays and legal holidays) from the date of entry of this order is presumed unreasonable under the Speedy Trial Act. *See United States v. McGhee*, 532 F.3d 733, 738-39 (8th Cir. 2008).

AO72A
(Rev. 8/82)