```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

   v.              Case No. 2:09CR20068-001

DENNY EUGENE GOINES                                     DEFENDANT

## NOTICE

After reviewing the Pre-Sentence Investigation Report in preparation for the sentencing hearing originally scheduled for Thursday, September 9, 2010 at 9:30 a.m., the Court gives Notice that it is contemplating an upward departure from the Federal Sentencing Guidelines or an upward variance under the provisions of 18 U.S.C. § 3553(a). In accordance with Federal Rule of Criminal Procedure 32(h), the Court specifies that the possible bases for an upward departure or variance are the nature and circumstances of the offense, previous convictions for similar offenses, violation of a condition of supervised release less than two years following release, Defendant's criminal history, and the factors set out in 18 U.S.C. § 3553(a).

The sentencing hearing has been rescheduled, at the Defendant's request, for Tuesday, October 5, 2010 at 10:00 a.m. Should either the Government or the Defendant request an additional continuance to further prepare for the hearing, a motion should be filed and it will be granted.

**AO72A**
**(Rev. 8/82)**

Dated this 8th day of September, 2010.

>/s/Robert T. Dawson
> Honorable Robert T. Dawson
> United States District Judge